# EXHIBIT A

BK: 1654 PG: 94
Inst# 58875

*Chairperson*
Anthony Pilozzi

*Vice-Chairperson*
Joseph Anselone

*Secretary*
Christopher D. Maselli, Esq.

*Zoning Official*
George B. Corrente, P.L.S.

*Zoning Board Members*
Kenneth Aurecchia
Richard R. Fascia

*Alternate Board Members*
Bernard Frezza
Alfred P. Cianci

**JOHNSTON ZONING BOARD OF REVIEW**

100 Irons Avenue, Johnston, Rhode Island 02919
401-231-4135 Fax: 401-231-4181
E-Mail: mmarocco@johnston-ri.us

December 5, 2005

Nextel Communications
Of Mid Atlantic Inc.
2419 Hartford Avenue
Johnston, RI 02919

Dear Applicant:

The following decision has been rendered on your petition, heard by the Zoning Board of Review of the Town of Johnston on October 27, 2005 for a request for a special use permit to install 12 antennas 140 ft above ground on existing tower and construction of 12x20 ancillary equipment shelter within existing fenced compound on the premises at 2419 Hartford Avenue, on Assessor's Plat 56/1, Lot 4. Said special use permit being required pursuant to Article Section D, Table III, D-1, and Subsection 5 of the Zoning Ordinance of the Town of Johnston.

After completion of testimony and evidence at the public hearing for with due notice was given and a record kept, and after having considered the premises and surrounding area, the Zoning Board of Review of the Town of Johnston taking into consideration its knowledge and expertise and after taking into consideration all of the testimony at the public hearing, makes the following findings and decision:

1. The subject property in known as Assessor's Plat 56/1, Lot 4 and contains approximately 4,500 sq. ft.
2. The petitioner is the applicant of the property.
3. The petitioner is proposing to install 12 panel antennas 140ft above ground on existing tower and construction of 12x20 ancillary equipment shelter within existing fenced compound on the premises.
4. A special use permit is required for proposed use.
5. The area surrounding the subject property contains business use parcels.

JOHNSTON TOWN CLERK
2005 DEC -9 AM 10:00
posted

6. The premises in question are located in a B-2 zone.

Based upon the foregoing, the Board denies the petitioners application for a special use permit. As to the relief requested:

1. The evidence presented has failed to establish that granting of the special use permit is compatible with neighboring uses and will not adversely effect the surrounding neighbors use and enjoyment of their property;

2. The evidence presented has failed to establish that the special use permit is environmentally compatible with the neighboring properties and the protection of property values;

3. The evidence presented has failed to establish that the special use permit is compatible with the orderly growth and development of the Town of Johnston, and is not environmentally detrimental therewith;

4. The board has considered the best practices and procedures to minimize the possibility of any adverse effects on neighboring property, the Town of Johnston, and the environment including but limited to considerations of soil erosion, water supply protect, septic disposal, wetland protection, traffic limitation, safety and circulation;

5. The evidence presented has failed to establish that the purpose of the zoning ordinance as set forth in the comprehensive plan will be served by said special use permit;

6. The evidence presented has failed to establish that the special use permit will substantially serve public convenience and welfare;

7. The evidence presented has failed to establish that the granting of the special use permit will not result in or create a condition that will be inimical to the public health, safety, morals and general welfare of the community.

Very truly yours,

Anthony Pilozzi

Anthony Pilozzi, Chairman
Johnston Zoning Board of Review

Approved as to form:

Town Solicitor

cc: George E. Corrente, Director of Building Operations
John O'Brien, Acting Chief for Statewide Planning
Counsel of Record

ROBIN D. PIMENTAL
TOWN OF JOHNSTON
TOWN CLERK
12/09/2005 09:17:17AM