UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS :

Plaintiff, :

vs. : Civil Action No. CA 06 035

THE TOWN OF JOHNSTON, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF JOHNSTON, RHODE ISLAND :

Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Nextel Communications of the Mid-Atlantic, Inc., d/b/a Nextel Communications ("Nextel"), by its attorneys, Devine, Millimet & Branch, P.A., and submits the following Corporate Disclosure Statement:

1. Nextel Communications of the Mid-Atlantic, Inc. is a wholly-owned subsidiary of Sprint Nextel Corp., which has issued securities to the public. These securities are traded on the New York Stock Exchange under the symbol "S."

Respectfully submitted,

**NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC INC. d/b/a NEXTEL COMMUNICATIONS**

By its attorneys,

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: 01/05/06

By: Kristen M. Dull

Steven E. Grill, Esquire
Kristen Dull, Esquire (Bar # 6897)
111 Amherst Street
Manchester, New Hampshire 03101
Telephone: (603) 669-1000
e-mail: sgrill@devinemillimet.com