# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic Inc., d/b/a
Nextel Communications

V.

CASE NUMBER: ____________

The Town of Johnston, Rhode Island, and the
Zoning Board of Review of the Town of Johnston,
Rhode Island

CA 06 03 S

TO: (Name and Address of Defendant)

The Town of Johnston, Rhode Island
c/o Town Clerk
1385 Hartford Avenue
Johnston, RI 02919

100 Irons Ave

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101

an answer to the complaint which is herewith served upon you, within ____________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE

BY DEPUTY CLERK

RAD #45

09485 '06 JAN 10

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 1-11-06 |
|---|---|
| NAME OF SERVER FRANK J. RAO | TITLE DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☒ Other (specify): SERVED UPON ZONING BOARD OF REVIEW
100 IRONS AVE
JOHNSTON
C/O GEORGE CORRENTE

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-11-06
*Date*

Frank J. Rao
*Signature of Server*

70 HOWARD AVE CRANSTON, R.I. 02920
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 JAN 20 A 10:06
FILED

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic Inc., d/b/a
Nextel Communications

V.

CASE NUMBER: ____________

The Town of Johnston, Rhode Island, and the
Zoning Board of Review of the Town of Johnston,
Rhode Island

CA 06 03S

TO: (Name and Address of Defendant)

The Zoning Board of Review of
The Town of Johnston, Rhode Island
c/o Town Clerk
1385 Hartford Avenue
Johnston, RI 02919

Zoning Board
100 Irons Ave

George
Corrente

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101

an answer to the complaint which is herewith served upon you, within ____________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RAD #45

CLERK ______________________

DATE ______________________

BY DEPUTY CLERK ______________________

09485 '06 JAN 10

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1-11-06 |
| NAME OF SERVER FRANK J. RAO | TITLE DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): SERVED UPON ZONING BOARD OF REVIEW
100 IRONS AVE
JOHNSTON
C/O GEORGE CORRENTE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-11-06
*Date*

[signature]
*Signature of Server*

70 HOWARD AVE CRANSTON, R.I. 02920
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 JAN 20 A 10: 06
FILED

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.