**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEXTEL COMMUNICATIONS OF THE MID- ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS | : | |
| vs. | : | Civil Action No.: 06-03S |
| THE TOWN OF JOHNSTON, RHODE ISLAND AND THE ZONING BOARD OF REVIEW OF THE TOWN OF JOHNSTON, RHODE ISLAND | : | |

## ANSWERS OF THE TOWN OF JOHNSTON, RHODE ISLAND AND THE ZONING BOARD OF REVIEW OF THE TOWN OF JOHNSTON, RHODE ISLAND

1. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

2. Denied.

## PARTIES

3. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

4. The Town neither denies nor admits the allegation contained in the first sentence of this paragraph but leaves Plaintiff to its proof; the Town denies that Nextel is aggrieved by the refusal of the Town to allow the construction of these facilities to proceed.

5. Admit.

6. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

## JURISDICTION AND VENUE

7. In as much as this allegation contains a legal conclusion, no answer is required.

8. In as much as this allegation contains a legal conclusion, no answer is required.

9. In as much as this allegation contains a legal conclusion, no answer is required.

## ALLEGATIONS COMMON TO ALL COUNTS

10. In as much as this allegation contains a legal conclusion, no answer is required.

11. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

12. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

13. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

14. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

15. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

16. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

17. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

18. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

19. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

20. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

21. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

22. Denied.

23. Denied.

24. Denied.

25. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

26. Denied.

**AS AND FOR A FIRST CAUSE OF ACTION**
**VIOLATION OF 47 U.S.C. § 332 (c)(7)(B)(iii)**

27. The Town of Johnston and the Town of Johnston Zoning Board hereby repeats, realleges and incorporates herein by reference the answers contained in paragraphs 1 thru 26 of this Complaint as if set forth fully herein.

28. Denied.

29. Denied.

**AS AND FOR A SECOND CAUSE OF ACTION**
**VIOLATION OF 47 U.S.C. § 332 (c)(7)(B)(i)(II)**

30. The Town of Johnston and the Town of Johnston Zoning Board hereby repeats, realleges and incorporates herein by reference the answers contained in paragraphs 1 thru 29 of this Complaint as if set forth fully herein.

31. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

32. Denied.

**AS AND FOR A THIRD CAUSE OF ACTION**
**VIOLATION OF 47 U.S.C. § 332(c)(7)(B)(i)(I)**

33. The Town of Johnston and the Town of Johnston Zoning Board hereby repeats, realleges and incorporates herein by reference the answers contained in paragraphs 1 thru 32 of this Complaint as if set forth fully herein.

34. The Town neither denies nor admits this allegation but leaves Plaintiff to its proof.

35. Denied.

WHEREFORE, the Town of Johnston and the Johnston Zoning Board of Review respectfully request that the Plaintiff's Complaint be dismissed and that the Town be awarded costs and such other further relief as the Court deems just and appropriate or the circumstances of the case require.

Respectfully submitted,
TOWN OF JOHNSTON and
JOHNSTON ZONING BOARD
OF REVIEW
By their Attorney,

John M. Verdecchia, Esq. #3374
Town Solicitor
Johnston Town Hall
1385 Hartford Avenue
Johnston, RI 02919
(401) 351-6618

**AFFIRMATIVE DEFENSES**

The Town of Johnston and the Johnston Zoning Board of Review hereby asserts the following Affirmative Defenses:

1. Statue of Limitations;
2. Insufficient Service of Process;
3. Failure to Exhaust Administrative Remedies;
4. Waiver; and
5. Laches.

Respectfully submitted,
TOWN OF JOHNSTON and
JOHNSTON ZONING BOARD
OF REVIEW
By their Attorney,

John M. Verdecchia, Esq. #3374
Town Solicitor
Johnston Town Hall
1385 Hartford Avenue
Johnston, RI 02919
(401) 351-6618

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Answers to Steven E. Grill, Esq. and Kristen Dull, Esq., 111 Amherst Street, Manchester, New Hampshire 03101 on this 20th day of January, 2006.