UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. CA 06-03-S |
| THE TOWN OF JOHNSTON, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF JOHNSTON, RHODE ISLAND | : | |
| Defendants. | : | |

**MOTION PURSUANT TO LOCAL RULE 204(e) TO EXCUSE LOCAL COUNSEL FROM ATTENDANCE AT RULE 16 CONFERENCE**

**NOW COMES** the plaintiff, Nextel Communications of the Mid-Atlantic, Inc., d/b/a Nextel Communications ("Nextel"), by its attorneys, Devine, Millimet & Branch, P.A., and moves pursuant to Local Rule 204(e) to excuse the attendance of local counsel, Kristen Dull, at the Rule 16 conference scheduled for February 13, 2006. In support of its Motion, Nextel states as follows:

1. Nextel commenced this action to challenge the refusal of the Town of Johnston, Rhode Island ("Johnston" or the "Town") and its Zoning Board of Review to allow Nextel to mount wireless telecommunications antennas to an existing 190 foot tall antenna tower located at 2419 Hartford Avenue, Johnston, Rhode Island (the "Property").

2. On February 6, 2006, the Court admitted Steven E. Grill, Esquire *pro hac vice.* Mr. Grill has been practicing law for some 26 years. He concentrates his practice in litigation matters including disputes, such as this case, involving wireless facilities. He is regular counsel

to Nextel with respect to numerous matters involving wireless antenna facilities throughout New England. As such, Nextel has requested that he assume the lead role in this litigation.

3. The Court has scheduled a Rule 16 Conference for Monday, February 13, 2006. It is anticipated that this will be a fairly routine matter and that, in any event, Mr. Grill believes that he will be able to address adequately all issues which might arise. Accordingly, Nextel respectfully requests that Kristen Dull be excused from attending the conference in order to minimize the legal fees which would otherwise have to be charged.

4. The undersigned has attempted to contact counsel for the Town on several occasions to request his consent to the relief sought herein, without success.

5. As the relief requested is within the sound discretion of the Court, no memorandum of law is being submitted herewith.

**WHEREFORE**, Nextel respectfully requests that this Honorable Court:

A. Grant the within Motion excusing Kristen Dull from attending the Rule 16 Conference on Monday, February 13, 2006 at 11:30 a.m.; and,

B. Grant such other and further relief as justice and equity may require.

Respectfully submitted,

**NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC INC. d/b/a NEXTEL COMMUNICATIONS**

By its attorneys,

**DEVINE, MILLIMET & BRANCH,**
**PROFESSIONAL ASSOCIATION**

Dated: February 9, 2006 By: Kristen M. Dull

Steven E. Grill, Esquire
Kristen Dull, Esquire (Bar # 6897)
111 Amherst Street
Manchester, New Hampshire 03101
Telephone: (603) 669-1000
e-mail: sgrill@devinemillimet.com

Denied
WDM
USDJ 2/8/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February 2006, a copy of the foregoing Motion was served upon John M. Verdecchia, Esquire, counsel for the defendants, via facsimile and United States First Class Mail.

Kristen M. Dull

Steven E. Grill, Esquire
Kristen Dull, Esquire

J:\wdox\docs\clients\10339\76121\M0820556.DOC