**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Nextel Communications of the Mid-Atlantic, Inc. )
D/B/A Nextel Communications )
)
Plaintiff )
)
v. ) Civil No.: CA 06-03-S
)
THE TOWN OF JOHNSTON, RHODE ISLAND, )
AND THE ZONING BOARD OF REVIEW OF )
THE TOWN OF JOHNSTON, RHODE ISLAND )
)
Defendants. )

**WITHDRAWAL OF COUNSEL**

Please withdraw my appearance as counsel for Nextel Communications of the Mid-Atlantic, Inc. D/B/A Nextel Communications regarding the above-captioned matter. The plaintiff will continue to be represented by Steven E. Grill, Esquire.

Notice of withdrawal has been sent to my client on this 5th day of ~~April~~ May, 2006, at the following address: Sent for KMD

Daniel Rosemark, Manager
Sprint Nextel
One North Broadway
White Plains, New York 10601

I hereby certify that a copy of the within Withdrawal was mailed on ~~April~~ May 5, 2006, by U.S. Mail, postage prepaid, to John M. Verdecchia, Esquire, counsel for the defendants. Sent for KMD

Date: May 5, 2006

Signed: Kristen M. Dull

Kristen M. Dull, Esquire #6897
Devine, Millimet & Branch, PA
111 Amherst Street
Post Office Box 719
Manchester, NH 03105-0719
(603) 669-1000
kdull@devinemillimet.com