UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 08 2006
Property of U.S. District Court
District of Rhode Island

Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications,

Plaintiff,

vs.

The TOWN OF JOHNSTON et al.,

Defendants.

Civil Action No. CA 06-03-S

**JUDGMENT AND ORDER**

Pursuant to Section 704 of the Telecommunications Act of 1996, codified at 47 U.S.C. §332(c)(7) (the "TCA"), the parties' Agreement for Judgment filed with this Court, the documents and information submitted in this action, and based on applicable law, the Court finds and orders as follows:

1. That Final Judgment hereby enters in favor of the Plaintiff Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications ("Nextel"), which asserts that the denial of Nextel's application for a special use permit (the "Application") violates the TCA in that it is not supported by substantial evidence contained in a written record.

2. That, under Count I of Nextel's Complaint, the decision of the Defendant Town of Johnston's Zoning Board of Review (the "Board") on Nextel's Application, dated December 5,

2005 and filed with the Johnston Town Clerk on December 9, 2005 (the "Decision") regarding Nextel's proposed wireless communications facilities (the "Facilities") to be located at 2419 Hartford Avenue, Johnston, Rhode Island (the "Site") shall be and hereby is (a) vacated to the extent it denied a request for a special use permit for Nextel's Facilities and (b) amended and modified to grant a special use permit for Nextel's Facilities in accordance with the plans filed with the Board as part of Nextel's Application and in accordance with the conditions detailed in Exhibit A to the parties' Agreement for Judgment.

3. This Final Judgment shall operate as grant of the special use permit in accordance with the terms and conditions and limitations upon such special permit as specified in the parties' Agreement for Judgment. Further, pursuant to the parties' Agreement for Judgment, it is ordered that this Judgment and Order shall be entered forthwith and that the Defendants need take no further actions, conduct further meetings, hold hearings, or issue any further decisions.

4. Each party shall bear its own costs and fees.

SO ORDERED:

Dated: 5/9/06

William E. Smith
United States District Court Judge